United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEJAPONG L. SUWARANTANA ,

Plaintiff(s),

v.

MARCO RUBIO, et al.,          ,

Defendant(s).

Case No. 3:26 cv 05206 LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Laura Sturges_____, an active member in good standing of the bar of Colorado_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Dejapong L. Suwaratana_____ in the above-entitled action. My local co-counsel in this case is Jayee Malwankar_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 352789_____.

1900 Lawrence St.,Suite 3000
Denver, CO 80202
MY ADDRESS OF RECORD

310 University Avenue
Palo Alto, CA 94301
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

303.298.5929
MY TELEPHONE # OF RECORD

650.849.5351
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

LSturges@gibsondunn.com
MY EMAIL ADDRESS OF RECORD

JMalwankar@gibsondunn.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 36843_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:     June 15, 2026

Laura Sturges
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Laura Sturges                is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 16, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



## State of Colorado,

**STATE OF COLORADO,  ss:**

I, _____**Marizela Cano**_ , Clerk of the Supreme Court of t h e   S t a t e

o f  Colorado, do hereby certify that

**LAURA MARIE STURGES**

has been duly licensed and admitted to practice as an

*ATTORNEY  AND  COUNSELOR  AT LAW*

within this State; and that this name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the ____**25**[th]____

day of__**October**_____ A.D. __**2005**__ and that at the date

hereof the said __**LAURA MARIE STURGES**_____ is in good standing

at  this Bar.



**IN  WITNESS  WHEREOF**,  *I  have hereunto  subscribed  my name and
affixed the Seal of said Supreme Court, at Denver, in said State, this*

____**15**[th]_____ day of_____**June**_____ A.D.__ **2026**_____

_____**Marizela Cano**_____

                                                                                    Clerk

By_____

                                                                                    Deputy Clerk