CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
Facsimile: (415) 436-6748
kenneth.kao@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJAPONG L. SUWARATANA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, United States Secretary of State et al.,<br><br>Defendants | Case No. 3:26-cv-05206-LJC<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER** |

Pursuant to Civil Local Rules 6-1 and 7-12, the parties submit the following stipulated request to extend the time by which Defendants must respond to the Complaint and the dates in the Court's Immigration Procedural Order. In support of this request, the parties state as follows:

1. Defendants' response is currently due October 23, 2026, and Defendants' motion for summary judgment must be filed by December 22, 2026.

2. The parties make this request because the Assistant United States Attorney ("AUSA") handling this matter has left the United States Attorney's Office, and this case will be reassigned to a new AUSA, who will need time to review the complaint and prepare a response. In light of this transition, Defendants requested, and Plaintiff agreed, to extend the time for Defendants' response by 31 days.

3. The parties therefore stipulate to extend the time for Defendants' response to

November 23, 2026. The parties further request a corresponding 31-day extension of the deadlines for filing and briefing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Under the extended deadlines, Defendants' motion for summary judgment must be filed by January 22, 2027.

4. There have been no previous modifications of time in this case, whether by stipulation or Court order.

IT IS SO STIPULATED.

Dated: October 21, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kenneth J. Kao**
KENNETH J. KAO
United States Attorney
Attorneys for Defendants

Dated: October 21, 2026

*/s/ Monica K. Loseman*
MONICA K. LOSEMAN
Attorney for Plaintiff

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**AS MODIFIED [~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

This order granting the modification of deadlines if effective nunc pro tunc from October 21, 2026

Date: 11/24/2026

HON. LISA J. CISNEROS
United States Magistrate Judge